UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, )<br>          Plaintiff   )<br>                               )<br>v.   )<br>   )<br>LAINEZ-FLORES' REAL PROPERTY )<br>AS DESCRIBED IN DEED BOOK 01812, )<br>PAGES 0453-0455 OF THE SAMPSON )<br>COUNTY REGISTRY, NORTH )<br>CAROLINA, HAVING THE PHYSICAL )<br>ADDRESS OF 506 AND 508 WILLIAMS )<br>STREET, CLINTON, NORTH )<br>CAROLINA AND BEING TITLED IN )<br>THE NAME OF MARCO ANTONIO )<br>NUNEZ, SUBJECT TO THE LIFE )<br>ESTATE PREVIOUSLY RESERVED )<br>UNTO ANGELA CHRISTIAN LAINEZ- )<br>FLORES; WITH ALL APPURTENANCES )<br>AND IMPROVEMENTS THEREON; )<br>AND ANY AND ALL PROCEEDS FROM )<br>THE SALE OF SAID PROPERTY, )<br>          Defendants.   ) | | **JUDGMENT**<br>No. 7:13-CV-258-F |

**Decision by Court.**

This action came before the Honorable James C. Fox, Senior United States District Judge, for ruling as follows:

**IT IS ORDERED, ADJUDGED AND DECREED** that the defendant real is hereby forfeited to the United States, subject only to the interest of Sampson County, and that the United States Department of Treasury is directed to dispose of the property according to law, paying the claim of Sampson County. Any and all forfeited funds shall be deposited by the United States as soon as located or recovered into the Department of Treasury's Assets Forfeiture Fund in accordance with 28 U.S.C. § 524(c) and 21 U.S.C. § 881(e).

**This Judgment Filed and Entered on October 14, 2014, and Copies To:**

Stephen A. West (via CM/ECF Notice of Electronic Filing)
Luther D. Starling, Jr. (Sampson County Attorney, 401 College Street, Clinton, NC 28328)

| | |
|---|---|
| DATE | JULIE A. RICHARDS, CLERK |
| October 14, 2014 | /s/ Jacqueline B. Grady |
| | (By) Jacqueline B. Grady, Deputy Clerk |